**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6194**

_____

EDMUND PRESCOTT,

Petitioner - Appellant,

versus

J. E. GUNJA, Warden, United States Bureau of
Prisons; M. ALBRIGHT, Secretary of State;
WILLIAM JEFFERSON CLINTON, President of the
United States,

Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-99-3751-L)

_____

Submitted:  March 28, 2000          Decided:  April 18, 2000

_____

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Edmund Prescott, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edmund Prescott appeals the district court's order construing his 28 U.S.C. § 2241 (1994) petition as a motion to vacate under 28 U.S.C.A. § 2255 (West Supp. 1999) and dismissing the motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appeal-ability and dismiss the appeal on the reasoning of the district court. See <u>Prescott v. Gunja</u>, No. CA-99-3751-L (D. Md. Jan. 11, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] Although the district court's order is dated January 10, 2000, the district court's records show that it was entered on the docket sheet on January 11, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was physically entered on the docket sheet that we take as the effective date of the district court's decision. See <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2